IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 18 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| RANDALL WAYNE OAKLEY, § <br> TDCJ No. 02385425, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AMANDA DYER, *et al.*, § <br> § <br> Defendants. § | 2:21-CV-169-Z-BQ |

**ORDER**

On September 1, 2021, *pro se* Plaintiff filed a Complaint (ECF No. 3) in this Court, proceeding *in forma pauperis*. On September 12, 2022, the United States Magistrate Judge issue his findings and conclusions on Plaintiff's operative Amended Complaint (ECF Nos. 6, 20). The Magistrate Judge recommends the Court: (1) dismiss with prejudice Plaintiff's claims against Texas Child Protective Services ("CPS") Investigator Amanda Dyer and CPS Specialist Cassie Coppock; (2) dismiss without prejudice any claim for release from custody; (3) and dismiss with prejudice — until the conditions of *Heck v. Humphrey*, 512 U.S. 477 (1994), are met — Plaintiff's remaining claims against Detective Stephanie Willoughby and CPS Attorney Todd Alvey. Plaintiff did not file objections, and the time to do so has expired.

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes the findings and conclusions are correct. The Court therefore **ADOPTS** the findings, conclusions, and recommendation of the Magistrate Judge (ECF No. 20) and **DISMISSES** Plaintiff's Amended Complaint (ECF No. 6) as detailed above.

**SO ORDERED.**

October 18, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE